# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>**(For a Petty Offense)** |
| v. | CASE NUMBER: 06-po-07065 |
| MONICA JONES | Kent Gray |

**THE DEFENDANT:**
Pleaded guilty to Count One of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC 13; CRS 42-4-1301(1)(a.5)(I) | Underage Drunk Driving | 10/8/2006 | 1 |

   The defendant is sentenced as provided in this judgment in accordance with the findings and conclusions made in open court, and incorporated herein by this reference. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

   IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

12/20/2006
Date of Imposition of Judgment

s/Michael J. Watanabe
Signature of Judicial Officer

Michael J. Watanabe
U.S. Magistrate Judge
Name & Title of Judicial Officer

1/2/2007
Date

Judgment
Monica Jones
Page Two

    Defendant is sentenced to six months unsupervised probation. As a condition of this probation, defendant shall complete Level II drug/alcohol awareness shall bear the expense of same and shall provide proof of completion to the government. Defendant shall perform 24 hours of community service, 2 with the MADD organization and shall pay the insurance fee involved with the community service. Defendant shall provide proof of completion of this service to the government.

## MONETARY OBLIGATIONS

    The defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| **Count** | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| 1 | $25.00 | $0.00 | |
| **TOTALS** | $25.00 | $0.00 | $0.00 |

Fine and costs shall be paid by January 15, 2007.